# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **ERIC DARTEZ #566496** | **CASE NO.  3:25-CV-00735 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NOLEN BASS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 20], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. No. 16] filed by Defendants is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, as to Defendants Victor Smith and Robert Rusting and Plaintiff's claims against them are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Defendants' Motion is **DENIED** as to Defendants Nolen Bass and Antonio Johnson.

MONROE, LOUISIANA, this 12th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE